| | |
|---|---|
| *Attorney or Party without Attorney:*<br>J. RICK TACHE, ESQ., Bar #195100<br>GREENBERG TAURIG, LLP<br>3161 MICHELSON DRIVE<br>SUITE 1000<br>IRVINE, CA 92612<br>*Telephone No:* (949) 732-6500<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* TOO FACED COSMETICS, LLC
*Defendant:* CHRISLIE FORMULATIONS, LLC

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>8:16-CV-00033 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint; Civil Cover Sheet; [Proposed] Preliminary Injunction; Notice To Parties Of Court-Directed Adr Program; Declaration Of Jeremy Johnson In Support Of Plaintiff's Motion For Preliminary Injunction; Declaration Of Somer Tejwani In Support Of Plaintiff's Motion For Preliminary Injunction; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Notice Of Motion And Motion For Preliminary Injunction; Memorandum Of Points And Authorities; Notice Of Assignment To United States Judges; Notice Of Filer Of Deficiencies In Attorney Case Opening; Amended Notice Of Motion And Motion For Preliminary Injunction; Memorandum Of Points And Authorities.

3. a. Party served:   BBEAUTIFUL, LLC, a California limited liability company
   b. Person served:  HELGA ARMINAK, AGENT FOR SERVICE
                      SERVED UNDER THE F.R.C.P. RULE 4

4. Address where the party was served:   1361 MOUNTIAN VIEW CIRCLE
                                          AZUSA, CA 91702

5. I served the party:
   b. **by substituted service.** On: Tue., Jan. 12, 2016 at: 4:51PM by leaving the copies with or in the presence of:
      MICHELLE HONG, ADMINISTRATOR MANAGER
      SERVED UNDER THE F.R.C.P. RULE 4
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CATHY JO GARCIA                            d. *The Fee for Service was:*   $187.98



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone   (213) 250-9111
Fax         (213) 250-1197
www.firstlegalnetwork.com

e. I am: (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   5882
   (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jan. 13, 2016

                                                                            (CATHY JO GARCIA)
                                                                            9253342;vs.rictac.766541

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | |
|---|---|---|

| *Attorney or Party without Attorney:*<br>J. RICK TACHE, ESQ., Bar #195100<br>GREENBERG TAURIG, LLP<br>3161 MICHELSON DRIVE<br>SUITE 1000<br>IRVINE, CA 92612<br>*Telephone No:* (949) 732-6500    *FAX No:* | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | *Ref. No or File No.:* | | | |
| *Attorney for:* Plaintiff | | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Central District Of California | | | | | |
| *Plaintiff:* TOO FACED COSMETICS, LLC | | | | | |
| *Defendant:* CHRISLIE FORMULATIONS, LLC | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>8:16-CV-00033 | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action Complaint; Civil Cover Sheet; [Proposed] Preliminary Injunction; Notice To Parties Of Court-Directed Adr Program; Declaration Of Jeremy Johnson In Support Of Plaintiff's Motion For Preliminary Injunction; Declaration Of Somer Tejwani In Support Of Plaintiff's Motion For Preliminary Injunction; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Notice Of Motion And Motion For Preliminary Injunction; Memorandum Of Points And Authorities; Notice Of Assignment To United States Judges; Notice Of Filer Of Deficiencies In Attorney Case Opening; Amended Notice Of Motion And Motion For Preliminary Injunction; Memorandum Of Points And Authorities.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:            Wed., Jan. 13, 2016
   b. Place of Mailing:           SANTA ANA, CA 92701
   c. Addressed as follows:       BBEAUTIFUL, LLC, a California limited liability company
                                  1361 MOUNTIAN VIEW CIRCLE
                                  AZUSA, CA 91702

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jan. 13, 2016 in the ordinary course of business.

5. *Person Serving:*                                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AUDREY EVANS                                  d. **The Fee** for Service was:   $187.98
   b. FIRST LEGAL SUPPORT SERVICES                  e. I am: (3) registered California process server
      600 W. Santa Ana Boulevard                       (i)   Owner
      Suite 101                                        (ii)  Registration No.:        3045
      SANTA ANA, CA 92701                              (iii) County:                   Orange
   c. (714) 541-1110                                   (iv)  Expiration Date:         Wed, Jul. 05, 2017

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jan. 13, 2016

                                                                             (AUDREY EVANS)

| **Judicial Council Form**<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>**By Mail** | 9233342:vs.rictac.766541 |
|---|---|---|