UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 16-00033-JLS (DFMx)            Date: February 8, 2016
Title: Too Faced Cosmetics, Inc. v. Chrislie Formulations, LLC et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero                                                N/A
    Deputy Clerk                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:**    (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DEFENDANT'S NOTICE OF FILING BANKRUPTCY (Doc. 13)

     On January 8, 2016 Plaintiff Too Faced Cosmetics, Inc. filed a complaint against Defendants Chrislie Formulations, LLC and BBeautiful, LLC. (Complaint, Doc. 1.) On January 11, 2016 Plaintiff moved for a preliminary injunction against Defendants. (Mot., Doc. 10.) The Complaint asserts that, upon information and belief, "Defendant BBeautiful is a related entity to Chrislie for marketing, advertising, promoting, importing, offering for sale, and/or selling the cosmetics products as described in further detail below." (Complaint ¶ 4.) On January 22, 2016, BBeautiful entered a Notice of Filing Bankruptcy. (Notice, Doc. 13.) The Notice states that BBeautiful filed a Chapter 11 bankruptcy petition. (*Id.* at 1.) Separately, the Bankruptcy Petition, which is attached as Exhibit A to the Notice, indicates that BBeautiful "does business as" Chrislie Formulations. (*Id.*, Ex. A at 2.)

     At a minimum, the Notice and Petition trigger an automatic stay of the action as to BBeautiful, LLC. *See* 11 U.S.C. §362(a). Additionally, in light of Plaintiff's statement in the Complaint that Defendants are "related" entities, as well as the language of the Petition asserting that Chrislie Formulations is a d/b/a for BBeautiful, it seems likely that the automatic stay should also apply to Chrislie Formulations.

     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be stayed in its entirety. Plaintiff must respond in writing to the Court's Order by **Wednesday, February 10, 2016**. Absent a showing that Chrislie Formulations is not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 16-00033-JLS (DFMx)            Date: February 8, 2016
Title: Too Faced Cosmetics, Inc. v. Chrislie Formulations, LLC et al.

covered by the automatic stay, the Court will stay the action and vacate all pending hearing dates.

Initials of Preparer: tg